UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF A BOEING 747-300M AIRCRAFT, BEARING TAIL NUMBER YV-3531 AND MANUFACTURER SERIAL NUMBER 23413 | Case No. 22-sz-16 |

### NOTICE OF FILING

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney for the District of Columbia, and files notice that on August 2, 2022 the United States submitted a Request for Assistance to the Central Authority in Argentina requesting, amongst other things, assistance to allow the United States to serve the instant seizure warrant. This request was submitted pursuant to a Multi-lateral Legal Assistance Treaty (MLAT). Argentina law required a period of time under which the MLA request would be reviewed for legal sufficiency under the terms of the Treaty. That review ended on August 11, 2022 resulting in Federal Judge Federico Hernan Villena issuing an order consistent with the requests of the United States. The seizure warrant was subsequently served on the Boeing 747-300M aircraft, bearing tail number YV-3531 and manufacturer serial number 23413. *See* Exhibit A.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   */s/ Rajbir S. Datta*
Rajbir S. Datta
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
Rajbir.Datta@usdoj.gov
(202) 394-4286 (cell)

Date: July 19, 2022