AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
A BOEING 747-300M AIRCRAFT, ) Case No. 22-sz-16
BEARING TAIL NUMBER YV-3531 AND )
MANUFACTURER SERIAL NUMBER 23413 )
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the __jurisdiction of the__ District of __Columbia__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

A BOEING 747-300M AIRCRAFT, BEARING TAIL NUMBER YV-3531 AND MANUFACTURER SERIAL NUMBER 23413

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __08/02/2022__
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
__G. Michael Harvey__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __07/19/2022__                    **G. Michael Harvey**
                                                        Digitally signed by G. Michael Harvey
                                                        Date: 2022.07.19 11:59:05 -04'00'
                                                        *Judge's signature*

City and state: __District of Columbia__            G. Michael Harvey, United States Magistrate Judge
                                                    *Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 22-sz-16 | Date and time warrant executed: Aug. 11, 2022 @ 5:50 PM | Copy of warrant and inventory left with: COCKPIT & INSIDE OF MAIN DOOR |

Inventory made in the presence of:

DR. FEDERICO HERNANDEZ VILLENA, JUEZ FEDERAL, JUZGADO NRO. 1

Inventory of the property taken:

NONE (NO ITEMS SEIZED FROM AIRCRAFT BY US LAW ENFORCEMENT)

*FEDERICO VILLENA*
*FEDERAL JUDGE*

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: Aug. 11, 2022

Executing officer's signature

RICARDO R. HERNANDEZ
Printed name and title
SUPERVISORY SPECIAL AGENT
LEGAT BUENOS AIRES

PRUEBA B

## DECLARACIÓN JURADA SOBRE LA NOTIFICACIÓN DE LA ACCIÓN DE DECOMISO

Demandante: Estados Unidos de América
Bien: Avión Boeing 747-300, número de matrícula YV-3531, número de serie 23413
Destinatario: Aeropuerto Internacional de Ezeiza
Tipo: Entrega de la notificación de la acción de decomiso

Yo, __JUEZ FEDERAL FEDERICO VILLENA__ actuando en nombre de la Autoridad Central de la República Argentina en virtud de una Solicitud de asistencia jurídica de los Estados Unidos de América de fecha __11__ de ~~julio~~ __AGOSTO__ de 2022, certifico, de acuerdo con las instrucciones establecidas en la solicitud referida

1. Que proporcioné una copia de la orden de incautación el día __11__ de __AGOSTO__ de 2022, en la siguiente dirección:

   __Aeropuerto Ministro Pistarini, Ezeiza, Buenos Aires, Argentina__
   (CALLE, CIUDAD, PAÍS)

   Mediante uno de los siguientes métodos (ENCIERRE EN UN CÍRCULO LA OPCIÓN APROPIADA)

   (a) Por entrega en mano al destinatario que la aceptó voluntariamente.
   b. Por correo o mediante otro transportista.

   Los documentos a los que se hace referencia han sido entregados a:

   __SE DEJARON EN LA CABINA DEL AVIÓN Boeing 737-300 YV 3531__
   (NOMBRE Y DESCRIPCIÓN DE LA PERSONA QUE RECIBIÓ LOS DOCUMENTOS)

   _____
   (RELACIÓN CON EL DESTINATARIO, POR EJ., FAMILIAR, COMERCIAL O DE OTRO TIPO)

2. Que la orden de incautación no ha sido entregada al destinatario arriba mencionado por las siguientes razones (describa las medidas tomadas para intentar localizar y proporcionar los documentos al destinatario):

   _____

Declaro que lo anterior es cierto y correcto.

Firmado este día __11__ de __AGOSTO__ de 2022.

Firma del declarante
__FEDERICO HERNÁN VILLENA__
__JUEZ FEDERAL__